*Ex parte* HENRY McCANN.

No. A-435. Opinion Filed November 27, 1909.

(105 Pac. 188.)

Application of Henry McCann for writ of *habeas corpus.* Writ granted, and petitioner discharged. Affirmed.

*John L. Gleason* and *William M. Clark,* for petitioner.

*Charles L. Moore,* Asst. Atty. Gen., and *Wallace G. Hughes,* County Atty., for respondent.

PER CURIAM. The questions of law and fact in this case are identical with the questions involved in the case of *Ex parte Ellis* (being case No. A-434, decided by this court on this November 27, 1909), *ante,* p. 220, 105 Pac. 184, and on the strength of that decision and stipulation of counsel the writ of *habeas corpus* is allowed, and the petitioner discharged.